IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PRESIDENTIAL CANDIDATE NUMBER P6005535
"ALSO KNOWN AS" (AKA)
RONALD SATISH EMRIT and
PRESIDENTIAL COMMITTEE/POLITICAL
ACTION COMMITTEE/ SEPARATE SEGREGATED
FUND (SSF) NUMBER C0056987
D/B/A UNITED EMRITS OF AMERICA                                    PLAINTIFF

V.                         CASE NO. 2:25-CV-2146

ERIN BURNETT, et al.                                              DEFENDANTS

### ORDER

Now before the Court is the Report and Recommendation (Doc. 4) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** upon preservice screening that the Complaint is **DISMISSED WITHOUT PREJUDICE**, the Motion to Proceed IFP (Doc. 2) is **DISMISSED AS MOOT**, and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED** on this 29th day of December, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE